STATE OF NEW JERSEY v. ANTHONY PAGLUCCI, SR.

September 19, 1978. Petition for certification denied.

URBAN FARMS, INC. v.
TOWNSHIP OF WAYNE, PASSAIC COUNTY.

September 19, 1978. Petition for certification denied.

WILLIAM G. SPRING v. GARY J. HILTON.

September 19, 1978. Petition for certification denied.

JACOB ATAMIAN v. VIRGINIA BELLAMY.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT JOHNSON.

September 19, 1978. Petition for certification denied.

GRIFFITH EVANS v. SMART CLEANERS.

September 19, 1978. Petition for certification denied.